UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMIE DEAN WILLIAMS,<br><br>   Petitioner,<br><br>  v.<br><br>A.P. KANE, Warden,<br><br>   Respondent. | Case No. CV 05-3519 GAF(JC)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

  Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus by a Person in State Custody (the "Petition"), all of the records herein, and the attached Report and Recommendation of United States Magistrate Judge. The Court approves and adopts the United States Magistrate Judge's Report and Recommendation.

  IT IS ORDERED that: (1) Respondent's Motion to Dismiss the Petition as moot is granted; and (2) Judgment be entered dismissing this action.

///
///
///
///

1     IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the
2 United States Magistrate Judge's Report and Recommendation, and the Judgment
3 herein on Petitioner and on counsel for Respondent.
4     LET JUDGMENT BE ENTERED ACCORDINGLY.

6     DATED: December 31, 2008

                                      HONORABLE GARY A. FEESS
                                      UNITED STATES DISTRICT JUDGE